IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD E. STAMEY                                                     PLAINTIFF

v.                          No. 3:15-cv-191-DPM

POLY-COAT SYSTEMS, INC., a
Texas Corporation; and JOHN DOES,
1–4, unknown tortfeasors                                            DEFENDANTS

ORDER

Joint motion, № 26, granted. Stamey's complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 October 2016