IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD E. STAMEY                                                    PLAINTIFF

v.                          No. 3:15-cv-191-DPM

POLY-COAT SYSTEMS, INC., a
Texas Corporation; and JOHN DOES,
1–4, unknown tortfeasors                                          DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 October 2016